ORIGINAL

FILED
08 MAR 27 PH 1:33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         matt.jaksa@hro.com

E-filing

Attorneys for Plaintiffs,
CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08  1665  EDL

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and WARNER BROS. RECORDS INC., a Delaware corporation,<br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN DOE,<br>　　　　　　　Defendant. | CASE NO.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Certification of Interested Entities or Persons
Case No.
#36448 v1

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2   associations of persons, firms, partnerships, corporations (including parent corporations) or other
3   entities (i) have a financial interest in the subject matter in controversy or in a party to the
4   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5   substantially affected by the outcome of this proceeding:

6   Plaintiff CAPITOL RECORDS, INC.'s ultimate parent corporation is Maltby Capital
7   Limited, which is not publicly traded.

8   Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a
9   publicly held French company.

10  Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned
11  by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc.,
12  none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the
13  latter of which is publicly traded in the United States.

14  Plaintiff WARNER BROS. RECORDS INC.'s ultimate parent corporation is Warner Music
15  Group Corp., which is publicly traded in the U.S.

16

17  Dated: March 27, 2008                                HOLME ROBERTS & OWEN LLP

18
19                                                      By: _____
20                                                          MATTHEW FRANKLIN JAKSA
                                                            Attorney for Plaintiffs
21                                                          CAPITOL RECORDS, INC.; UMG
                                                            RECORDINGS, INC.; SONY BMG
22                                                          MUSIC ENTERTAINMENT; and
                                                            WARNER BROS. RECORDS INC.
23
24
25
26
27
28

1

Certification of Interested Entities or Persons
Case No.
#36448 v1