AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress E-filing<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Northern District<br>CV 08 1665 |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and WARNER BROS. RECORDS INC. | DEFENDANT<br>JOHN DOE   *EDL* |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.146.131 2007-10-26 21:58:46 EDT

**CASE ID#** 146131699

**P2P Network:** GnutellaUS

**Total Audio Files:** 316

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| UMG Recordings, Inc. | Blink-182 | All the Small Things | Enema of the State | 279-826 |
| Capitol Records, Inc. | OK Go | You're So Damn Hot | Ok Go | 322-969 |
| SONY BMG MUSIC ENTERTAINMENT | The Ataris | In This Diary | So Long, Astoria | 332-822 |
| Warner Bros. Records Inc. | Linkin Park | Somewhere I Belong | Meteora | 346-247 |
| Capitol Records, Inc. | Yellowcard | Lights And Sounds | Lights and Sounds | SRu 587-735 |
| BMG Music | Kelly Clarkson | Miss Independent | Thankful | 355-313 |
| Capitol Records, Inc. | OK Go | Here It Goes Again | Oh No | 377-392 |
| UMG Recordings, Inc. | Nelly Furtado | Say It Right | Loose | 387-509 |
| BMG Music | Kelly Clarkson | Gone | Breakaway | 352-147 |

AO 121 (6/90)

| TO: | | |
|---|---|---|
| | Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Northern District |
|---|---|
| DOCKET NO.    DATE FILED | |

| PLAINTIFF<br>CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT;<br>and WARNER BROS. RECORDS INC. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.146.131 2007-10-26 21:58:46 EDT  **CASE ID#** 146131699

**P2P Network:** GnutellaUS  **Total Audio Files:** 316

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| UMG Recordings, Inc. | Blink-182 | All the Small Things | Enema of the State | 279-826 |
| Capitol Records, Inc. | OK Go | You're So Damn Hot | Ok Go | 322-969 |
| SONY BMG MUSIC ENTERTAINMENT | The Ataris | In This Diary | So Long, Astoria | 332-822 |
| Warner Bros. Records Inc. | Linkin Park | Somewhere I Belong | Meteora | 346-247 |
| Capitol Records, Inc. | Yellowcard | Lights And Sounds | Lights and Sounds | SRu 587-735 |
| BMG Music | Kelly Clarkson | Miss Independent | Thankful | 355-313 |
| Capitol Records, Inc. | OK Go | Here It Goes Again | Oh No | 377-392 |
| UMG Recordings, Inc. | Nelly Furtado | Say It Right | Loose | 387-509 |
| BMG Music | Kelly Clarkson | Gone | Breakaway | 352-147 |

AO 121 (6/90)

| TO: | | |
|---|---|---|
| | Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Northern District |
|---|---|
| DOCKET NO.           DATE FILED | |

| PLAINTIFF<br>CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT;<br>and WARNER BROS. RECORDS INC. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.146.131 2007-10-26 21:58:46 EDT          **CASE ID#** 146131699

**P2P Network:** GnutellaUS                                     **Total Audio Files:** 316

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| UMG Recordings, Inc. | Blink-182 | All the Small Things | Enema of the State | 279-826 |
| Capitol Records, Inc. | OK Go | You're So Damn Hot | Ok Go | 322-969 |
| SONY BMG MUSIC ENTERTAINMENT | The Ataris | In This Diary | So Long, Astoria | 332-822 |
| Warner Bros. Records Inc. | Linkin Park | Somewhere I Belong | Meteora | 346-247 |
| Capitol Records, Inc. | Yellowcard | Lights And Sounds | Lights and Sounds | SRu 587-735 |
| BMG Music | Kelly Clarkson | Miss Independent | Thankful | 355-313 |
| Capitol Records, Inc. | OK Go | Here It Goes Again | Oh No | 377-392 |
| UMG Recordings, Inc. | Nelly Furtado | Say It Right | Loose | 387-509 |
| BMG Music | Kelly Clarkson | Gone | Breakaway | 352-147 |

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Northern District |
|---|---|
| DOCKET NO.    DATE FILED | |

| PLAINTIFF<br>CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT;<br>and WARNER BROS. RECORDS INC. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal.

# EXHIBIT A

# JOHN DOE

**IP Address:** 207.62.146.131 2007-10-26 21:58:46 EDT         **CASE ID#** 146131699

**P2P Network:** GnutellaUS                                    **Total Audio Files:** 316

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| UMG Recordings, Inc. | Blink-182 | All the Small Things | Enema of the State | 279-826 |
| Capitol Records, Inc. | OK Go | You're So Damn Hot | Ok Go | 322-969 |
| SONY BMG MUSIC ENTERTAINMENT | The Ataris | In This Diary | So Long, Astoria | 332-822 |
| Warner Bros. Records Inc. | Linkin Park | Somewhere I Belong | Meteora | 346-247 |
| Capitol Records, Inc. | Yellowcard | Lights And Sounds | Lights and Sounds | SRu 587-735 |
| BMG Music | Kelly Clarkson | Miss Independent | Thankful | 355-313 |
| Capitol Records, Inc. | OK Go | Here It Goes Again | Oh No | 377-392 |
| UMG Recordings, Inc. | Nelly Furtado | Say It Right | Loose | 387-509 |
| BMG Music | Kelly Clarkson | Gone | Breakaway | 352-147 |

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.   DATE FILED | U.S. District Court, Northern District |

| PLAINTIFF<br>CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and WARNER BROS. RECORDS INC. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

# EXHIBIT A

# JOHN DOE

**IP Address:** 207.62.146.131 2007-10-26 21:58:46 EDT            **CASE ID#** 146131699

**P2P Network:** GnutellaUS            **Total Audio Files:** 316

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| UMG Recordings, Inc. | Blink-182 | All the Small Things | Enema of the State | 279-826 |
| Capitol Records, Inc. | OK Go | You're So Damn Hot | Ok Go | 322-969 |
| SONY BMG MUSIC ENTERTAINMENT | The Ataris | In This Diary | So Long, Astoria | 332-822 |
| Warner Bros. Records Inc. | Linkin Park | Somewhere I Belong | Meteora | 346-247 |
| Capitol Records, Inc. | Yellowcard | Lights And Sounds | Lights and Sounds | SRu 587-735 |
| BMG Music | Kelly Clarkson | Miss Independent | Thankful | 355-313 |
| Capitol Records, Inc. | OK Go | Here It Goes Again | Oh No | 377-392 |
| UMG Recordings, Inc. | Nelly Furtado | Say It Right | Loose | 387-509 |
| BMG Music | Kelly Clarkson | Gone | Breakaway | 352-147 |