1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:  matt.jaksa@hro.com
5
                                                    E-filing
6  Attorneys for Plaintiffs,
   CAPITOL RECORDS, INC.; UMG
7  RECORDINGS, INC.; SONY BMG MUSIC
   ENTERTAINMENT; and WARNER BROS.
8  RECORDS INC.

9

10                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13 | CAPITOL RECORDS, INC., a Delaware      | CV  CASE NO.  1665  EDL
   | corporation; UMG RECORDINGS, INC., a
14 | Delaware corporation; SONY BMG MUSIC    | [PROPOSED] ORDER GRANTING *EX*
15 | ENTERTAINMENT, a Delaware general       | *PARTE* APPLICATION FOR LEAVE TO
   | partnership; and WARNER BROS. RECORDS   | TAKE IMMEDIATE DISCOVERY
16 | INC., a Delaware corporation,
   |                        Plaintiffs,
17 |
   |        v.
18 |
19 | JOHN DOE,
   |                        Defendant.
20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#36451 v1

1   Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2   Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3   ORDERED that Plaintiffs may serve immediate discovery on California State University,
4   Monterey Bay to obtain the identity of Defendant by serving a Rule 45 subpoena that seeks
5   documents that identify Defendant, including the name, current (and permanent) address and
6   telephone number, e-mail address, and Media Access Control addresses for Defendant. The
7   disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8   IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9   the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10  under the Copyright Act.

14  Dated: April 1, 2008          By: _____
                                       Judge Elizabeth D. Laporte
                                       United States District Judge

*IT IS SO ORDERED*

---

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#36451 v1

1