1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:        dawniell.zavalad@hro.com
5
6  Attorneys for Plaintiffs,
   CAPITOL RECORDS, INC.; UMG
7  RECORDINGS, INC.; SONY BMG MUSIC
   ENTERTAINMENT; and WARNER BROS.
8  RECORDS INC.

9

10                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
11                       SAN FRANCISCO DIVISION

12

13

| CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and WARNER BROS. RECORDS INC., a Delaware corporation, | CASE NO. 3:08-CV-01665-EDL |
|---|---|
| | Hon. Elizabeth D. Laporte |
| | *EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER |
| Plaintiffs, | |
| v. | |
| JOHN DOE, | |
| Defendant. | |

---

*EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. 3:08-cv-01665-EDL
#38398 v1

1    Plaintiffs respectfully request that the Court continue the case management conference
2 currently set for July 1, 2008 at 10:00 a.m. to September 30, 2008.  As further explained below,
3 Plaintiffs have discovered the identity of the Doe defendant in this case and the parties have reached
4 a provisional settlement.  In support of their request, Plaintiffs state as follows:

5    1.    The initial case management conference is set for July 1, 2008 at 10:00 a.m.
6 Plaintiffs have not requested any previous continuances of the case management conference in this
7 matter.

8    2.    Plaintiffs filed their Complaint for Copyright Infringement against Defendant John
9 Doe ("Defendant") on March 27, 2008.  Plaintiffs did not have sufficient identifying information to
10 name the defendant individually in the Complaint, but were able to identify Defendant by the
11 Internet Protocol address assigned by Defendant's Internet Service Provider ("ISP").

12    3.    In order to determine Defendant's true name and identity, Plaintiffs filed their *Ex
13 Parte* Application for Leave to Take Immediate Discovery on March 27, 2008, requesting that the
14 Court enter an Order allowing Plaintiffs to serve a Rule 45 subpoena on the ISP.

15    4.    The Court entered an Order for Leave to take Immediate Discovery on April 1, 2008,
16 which Plaintiffs then served upon the ISP along with a Rule 45 subpoena.

17    5.    The ISP responded to Plaintiffs' subpoena on June 11, 2008, providing Defendant's
18 name, address and telephone number.  Plaintiffs then sent a letter to Defendant notifying him of
19 Plaintiffs' claims and inviting Defendant to contact Plaintiffs and attempt resolution of the dispute.

20    6.    Plaintiffs' settlement representatives have been in telephone contact with Defendant,
21 and have discussed settlement.  Plaintiffs therefore wish to give Defendant a brief period of time to
22 conclude settlement negotiations before proceeding with the litigation.  If the case settles, Plaintiffs
23 will promptly file appropriate dispositional documents.  If the case does not settle, Plaintiffs plan to
24 file a First Amended Complaint naming Defendant individually and proceed to serve him with
25 process.

26
27
28

*EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
Case No. 3:08-cv-01665-EDL
#38398 v1

7. Given the foregoing circumstances, a case management conference is unnecessary at this time. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for July 1, 2008 at 10:00 a.m. to September 30, 2008.

Dated: June 23, 2008

HOLME ROBERTS & OWEN LLP

By: _____/s/ Dawniell Alise Zavala_____
DAWNIELL ALISE ZAVALA
Attorney for Plaintiffs
CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and WARNER BROS. RECORDS INC.

## [~~PROPOSED~~] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for July 1, 2008 at 10:00 a.m. be continued to September 30, 2008.  at 3:00 p.m.

Dated: June 25, 2008                    By: _____
Honorable Elizabeth D. Laporte
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED* — Judge Elizabeth D. Laporte

---

*EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. 3:08-cv-01665-EDL
#38398 v1