Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         dawniell.zavalad@hro.com

Attorneys for Plaintiffs,
CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPITOL RECORDS, LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br>Defendant. | CASE NO. 3:08-CV-01665-EDL<br><br>Hon. Elizabeth D. Laporte<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to FED. R. CIV. P. 41 (a)(1)(A)(i), Plaintiffs CAPITOL RECORDS, LLC, et al., by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant John Doe, also identified as ID # 146131699 with IP address 207.62.146.131 2007-10-26 21:58:46 EDT, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

Dated:  September 2, 2008                              HOLME ROBERTS & OWEN LLP


                                                        By:  _____*/s/ Dawniell Alise Zavala*_____
                                                                DAWNIELL ALISE ZAVALA
                                                                Attorney for Plaintiffs

*EX PARTE* **APPLICATION TO EXTEND TIME TO EFFECTUATE SERVICE AND [PROPOSED] ORDER**
Case No. 3:08-cv-01665-EDL
#39664 v1 saf